# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHARLES C. HALL, *et al*, | CASE NO. 1:16-CV-02075 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | |
| | JUDGMENT ORDER |
| MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., *et al.*, | |
| Defendant. | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas Parker. The Report and Recommendation (ECF # 22), issued on March 1, 2017, is hereby ADOPTED by this Court. The motions to dismiss (ECF #11, ECF #15, ECF #18) are GRANTED and Plaintiffs' action is DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 12(b)(6) against Defendants Mortgage Electronic Systems, Inc., Bank of America, Countrywide Home Loans, Inc., Bank of New York Mellon, and Navid Paktan and DISMISSED WITHOUT PREJUDICE pursuant to FED. R. CIV. P. 4(m) against defendant Luis Roldan. IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: April 21, 2017